# United States District Court

EASTERN DISTRICT OF MICHIGAN

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

A Mac Book laptop computer and several related media

CASE  Case:2:08-mc-50969
Judge: Edmunds, Nancy G
Filed: 10-08-2008 At 11:42 AM
RE: MAC BOOK LAPTOP (EOB)

TO: U.S. Immigration and Customs Enforcement/DHS      and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Special Agent Christopher A. Leonard   who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

A Mac Book laptop computer and several related media

See Attachment A

in the   Eastern   District of   MICHIGAN - Southern Division   there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B

FILED DEC 0 1 2008 CLERK'S OFFICE DETROIT

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   October 18, 2008
                                                       Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   a duty Magistrate
                                                     U.S. Judge or Magistrate
as required by law.

October 8, 2008   11:50 a         at   Detroit, MI
Date and Time Issued                 City and State

The Honorable U.S. Magistrate R. Steven Whalen
Name and Title of Judicial Officer              Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| OCTOBER 8TH, 2008 | OCTOBER 17TH, 2008 | JAMES BURDICK AND BILL BORGIDA |
| INVENTORY MADE IN THE PRESENCE OF ||| 
| SPECIAL AGENT DAVE DOMINIQUE |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |||

PLEASE FIND LIST OF ITEMS ATTACHED.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____    11/26/08
U.S. Judge or Magistrate                Date

## ATTACHMENT A
## DESCRIPTION OF PROPERTY TO BE SEARCHED

1. The property to be searched is one Mac Book laptop computer (S/N RM7140AKWGM), one Iomega external hard drive (S/N 3QE0436V), one Toshiba external hard drive (S/N 63260987T), one LaCie external hard drive (S/N 12628072219726), one 8 GB Apple IPhone (S/N 81834LWFY7H), one 80 GB Apple IPod (S/N 8K7167FWV9R), one Verizon TREO Palm 650 (S/N PTVC0BX5H1K6), one Fuji Film Fine Pix S300 with memory card (S/N 34B56756), one Panasonic Lumix with memory card (S/N EN6HA04073), one 2GB Attaché flash drive (S/N GPJD0K72ITAO2G), one Scan Disc Ultra 2 memory card (S/N BB0618804597B), three CDROM discs, nine camcorder cassette tapes seized from William BORGIDA.

2. The above listed items are currently stored in the seized property vault located at 477 Michigan Ave., Suite 1850, Detroit, Michigan.